UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

May Yang,

    Plaintiff,

v.

Robert Half Int'l, Inc.,
Theresa Hodnett,
& Marcia A. Miller

    Defendants.

COURT MINUTES - CIVIL
BEFORE: DAVID T. SCHULTZ
U.S. Magistrate Judge

Case No.: 19-cv-2669 (NEB/DTS)

| | |
|---|---|
| Date: | Dec. 17, 2019 |
| Court Reporter: | Debra Beauvais |
| Location: | Mpls. 9E |
| Time Commenced: | 3:00 p.m. |
| Time Concluded: | 3:17 p.m. |
| Sealed Hearing Time: | n/a |
| Total Time: | 17 minutes |

APPEARANCES:   Mitchell R. Hadler, Esq. on behalf of Plaintiff May Yang.

    Dayle Nolan, Esq. on behalf of Defendant Robert Half Int'l, Inc.; Marshall H. Tanick, Esq. on behalf of Defendant Theresa Hodnett; Sonia L. Miller-Van Oort, Esq. and Demetria Laparis Dyer, Esq. on behalf of Defendant Marcia A. Miller.

PROCEEDINGS:
    # 7, 15, and 22: Motion for More Definite Statement

☐    Motion(s) taken under advisement

☐    Order to be issued
X    No further Order to be issued
☐    R&R to be issued
☐    No R&R to be issued

☐    Exhibits retained by the Court
☐    Exhibits returned to counsel

The Court issued the following Order on the record:
Defendant Robert Half International, Inc.'s Motion for More Definite Statement [Dkt. No. 7], joined by Defendants Hodnett [Dkt. No. 15] and Miller [Dkt. No. 22] is GRANTED. On or before January 31, 2020, Plaintiff shall serve a Third Amended Complaint specifically identifying each defendant or defendants against whom each count is alleged. The new

pleading should also clarify the allegations contained in Paragraph 11 of the current operative Complaint.

<u>s/ A. Spillane</u>  
*Law Clerk*