UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

May Yang,

Plaintiff,

v.

Robert Half International Inc.
aka Robert Half Corporation
aka Robert Half Legal; Marcia
A. Miller, Theresa Hodnett,

Defendants.

File No. 19-cv-2669-NEB-DTS

**ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

---

Based on the Joint Stipulation for Extension of Time to Answer or Otherwise Respond between Plaintiffs and Defendants, by and through their counsel of record,

**IT IS ORDERED:**

1. Defendants' deadline to respond to the Third Amended Complaint with any motions under Fed. R. Civ. P. 12 is extended until and including February 28, 2020.

2. Defendants' deadline to answer to the Third Amended Complaint is extended until and including March 5, 2020, unless any Defendant responds to the Third Amended Complaint with one or more motions under Fed. R. Civ. P. 12, in which case the deadline for Defendants to answer the Third Amended Complaint is extended as provided in Fed. R. Civ. P. 12(a)(4).

3. In the event that any Defendant responds to the Third Amended Complaint with one or more motions under Fed. R. Civ. P. 12, the deadline for Plaintiff to respond

2.

under LR 7.1(c)(2) is extended until and including May 1, 2020, and a hearing shall not be scheduled prior to May 15, 2020.

| | |
|---|---|
| Dated: February 11, 2020 | s/David T. Schultz |
| | DAVID T. SCHULTZ<br>United States Magistrate Judge |

2.