# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

MAY YANG,

Plaintiff,

v.

ROBERT HALF INTERNATIONAL, INC.
and THERESA HODNETT,

Defendants.

Case No. 19-CV-2669 (NEB/DTS)

ORDER

---

Based on the parties' stipulation, [ECF No. 49]:

IT IS HEREBY ORDERED that Plaintiff's Count VII (§1981 hostile work environment), Count VIII (Minn.Stat §363A hostile work environment), and Count XIV (tortious interference with contract) against Defendant Marcia A. Miller in the above-referenced action are DISMISSED WITHOUT PREJUDICE, each party to bear its own costs, disbursements and attorney's fees. No other claims against Defendant Marcia A. Miller are hereby dismissed. The dismissal of these claims does not otherwise affect the parties' rights or abilities to bring other motions in this case.

Dated: March 2, 2020

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge