UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| May Yang, | Case No. 19-cv-2669 (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Robert Half International, Inc., et al., | |
| Defendants. | |

Mitchell R. Hadler filed a Motion to Withdraw as Counsel of Record for Plaintiff [Dkt. No. 209]. **IT IS HEREBY ORDERED:**

1. Mitchell Hadler's motion to withdraw is **GRANTED**.

2. Plaintiff and Counsel for other parties shall appear in person for a status conference before the undersigned on June 1, 2021, at 2:00 pm in Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis.

Dated: May 13, 2021
       s/David T. Schultz
       DAVID T. SCHULTZ
       U.S. Magistrate Judge