UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| May Yang, | Case No. 19-cv-2669 (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Robert Half International, Inc., et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED:** The deadline to file Dispositive Motions is extended to October 1, 2021, for all parties.

Dated: August 24, 2021

                                                                                               s/David T. Schultz
                                                                                         DAVID T. SCHULTZ
                                                                                         U.S. Magistrate Judge