UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MAY C. YANG, | Case No. 19-CV-2669 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ON REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION |
| ROBERT HALF INTERNATIONAL, INC., and MARCIA A. MILLER, | |
| Defendants. | |

This matter comes before the Court on plaintiff May C. Yang's October 1, 2021 letter requesting leave to file a motion for reconsideration. (ECF. No. 329.) Yang requests that the Court reconsider its order denying Yang's motion to file a fourth amended complaint and granting defendants Marcia A. Miller and Theresa Hodnett's motion to dismiss several counts alleged against them. (ECF No. 86 (the "September 2020 Order").) Yang claims that the September 2020 Order "was not based on sound law." (ECF No. 329 at 1.) The Court denies Yang's request.

Local Rule 7.1(j) prohibits Yang from filing a motion for reconsideration without leave of court. D. Minn. LR 7.1(j). To receive permission to file a motion for reconsideration, Yang must make a showing of "compelling circumstances." *Id.* "Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414

(8th Cir. 1988) (internal quotation omitted). "A motion for reconsideration is not a vehicle to identify facts or legal arguments that could have been, but were not, raised at the time the relevant motion was pending." *Julianello v. K-V Pharm. Co.*, 791 F.3d 915, 923 (8th Cir. 2015).

Here, Yang has not established the "compelling circumstances" required to obtain leave from this Court to file a motion for reconsideration. The Court has thoroughly reviewed Yang's letter request and the September 2020 Order and concludes that the September 2020 Order contains no manifest errors of law or fact. Nor has Yang offered new evidence that would alter the Court's analysis in the September 2020 Order. As such, Yang's request for leave to file a motion for reconsideration (ECF No. 329) is DENIED.

Dated: November 1, 2021                    BY THE COURT:

                                           s/Nancy E. Brasel
                                           Nancy E. Brasel
                                           United States District Judge