UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MAY YANG, | Case No. 19-CV-2669 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER |
| ROBERT HALF INTERNATIONAL INC., THERESA HODNETT, AND MARCIA A. MILLER, | |
| Defendants. | |

The above matter came before the Court on the Stipulation of Defendants Theresa Hodnett and Robert Half International, Inc.

Based on the Stipulation between Defendants Theresa Hodnett and Robert Half International, Inc., **IT IS HEREBY ORDERED**:

1. The cross-claim of Robert Half International, Inc. against Theresa Hodnett is hereby dismissed with prejudice and without an award of fees or costs to either party.

2. The cross-claim of Theresa Hodnett against Robert Half International, Inc. is hereby dismissed with prejudice and without an award of fees or costs to either

party except as noted below.

Dated: December 7, 2021            BY THE COURT:

                                   s/Nancy E. Brasel
                                   Nancy E. Brasel
                                   United States District Judge