UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

May Yang,

    Plaintiff,

v.

Robert Half International, Inc.,
Theresa Hodnett, and
Marcia A. Miller,

    Defendants.

Case No. 19-cv-2669 (NEB/DTS)

**ORDER**

---

Defendants Robert Half International, Inc., Theresa Hodnett, and Marcia A. Miller (collectively, "Defendants") and Plaintiff May Yang brought a Joint Motion Regarding Continued Sealing [Dkt. Nos. 425] pursuant to Minn. L.R. 5.6(d)(2). The Parties filed documents under temporary seal in connection with Defendant Miller's Motion for Summary Judgment against Plaintiff [Dkt. No. 309].

The Parties agree that Docket Numbers 317-1, 351-1, 355-1, 355-3, 355-4, 355-6, 355-8, 355-12, 355-13, 355-15, 355-16, 355-17, 355-18, 355-20, 361, 386-1 should be unsealed. The Court has reviewed the documents and concludes unsealing is appropriate.

The Parties disagree on whether Docket Numbers 315, 317, 351, 352, 353, 355, 355-2, 355-5, 355-7, 355-9, 355-10, 355-11, 355-14, 355-19, 361-1, 361-2, 361-3, 361-4, 361-5, 361-6, 361-7, 361-8, 386, 389, 390, 391, should be unsealed. Defendants argue for unsealing of all documents. Yang disagrees, asserting generally that the documents contain confidential information or have been designated confidential. The mere fact that a party designated information in a document as confidential during the discovery process

does not satisfy the obligations under LR 5.6(d)(2)(A). Yang has not established the need for continued sealing. The Court has reviewed the documents and concludes unsealing is appropriate. Therefore, Docket Numbers 315, 317, 351, 352, 353, 355, 355-2, 355-5, 355-7, 355-9, 355-10, 355-11, 355-14, 355-19, 361-1, 361-2, 361-3, 361-4, 361-5, 361-6, 361-7, 361-8, 386, 389, 390, 391 shall be unsealed.

**IT IS HEREBY ORDERED**:

1. The Parties' Joint Motion Regarding Continued Sealing [Dkt. No. 425] is GRANTED IN PART and DENIED IN PART as follows:

   a. The Clerk is directed to **unseal** the following documents: Dkt Nos. 315, 317, 317-1, 351, 351-1, 352, 353, 355, 355-1, 355-2, 355-3, 355-4, 355-5, 355-6, 355-7, 355-8, 355-9, 355-10, 355-11, 355-12, 355-13, 355-14, 355-15, 355-16, 355-17, 355-18, 355-19, 355-20, 361, 361-1, 361-2, 361-3, 361-4, 361-5, 361-6, 361-7, 361-8, 386, 386-1, 389, 390, 391.

Dated: February 17, 2022　　　　　　　　　　___s/David T. Schultz_____
　　　　　　　　　　　　　　　　　　　　　　　DAVID T. SCHULTZ
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge